IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS, AT TOPEKA

**MANIBHADRA, INC., d/b/a**
**DAYS INN EMPORIA**
       Plaintiff,

       v.                       No. 5:14-CV-4112

**ASPEN INSURANCE UK, LTD,**
       Defendant.

### MOTION TO REMAND PROCEEDING

COMES NOW, Manibhadra, Inc. d/b/a Days Inn Emporia, hereafter called Plaintiff, by and through its attorneys, Phillip L. Turner of Turner & Turner and Stanley R. Ausemus, of Stanley R. Ausemus, Chartered and files this Motion To Remand Proceeding to the District Court of Lyon County, Kansas and incorporates by reference the Memorandum Brief in Support of said Motion.

WHEREFORE, Plaintiff prays that this proceeding should be remanded to the District Court of Lyon County, Kansas for lack of jurisdiction and for the recovery of its costs and attorney fees and such further and other relief as is just.

Respectfully Submitted this 13th day of November, 2014

                                   ___/s/ Phillip L. Turner_____
                                   Phillip L. Turner #12577
                                   Turner & Turner Law Office
                                   801 SW Western Ave
                                   Topeka, KS 66606
                                   (785) 357-6541 phone (785) 357-5126 fax

                                   And

        Stanley R. Ausemus
Stanley R. Ausemus Chartered
413 Commercial
P.O. Box 1082
Emporia, Kansas 66801
(620) 342-8717 (620) 342-7159 (fax)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system with service accomplished electronically to the following, on the 13th day of November, 2014, addressed to the following:

Brian T. Goldstein
CUMMINGS, MCCLOREY, DAVID, ACHO & ASSOCIATES, P.C.
1600 Baltimore, Suite 200B
Kansas City, Missouri 64108
(816) 842-1880
(816)221-0353
bgoldstein@cmda-law.com
Attorney for Defendant


      __/s/ Phillip L. Turner _